■ ARNOLD BROWN, Respondent, v AMERICAN COUNCIL OF LIFE INSURANCE, Appellant.—Order, Supreme Court, New York County, entered on June 29, 1979, unanimously affirmed for the reasons stated by Kassal, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Markewich, JJ.

■ In the Matter of CARL MORRIS FIELD, an Attorney.—Upon the court's own motion, the order of this court entered on November 15, 1979 amended so as to delete the reference to the Committee on Character and Fitness for Admission to the Bar and to grant respondent's motion for reinstatement and to reinstate respondent as an attorney and counselor at law of the State of New York. Concur—Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.

## (December 11, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMPARO VALENCIA, Appellant.—Judgment, Supreme Court, New York County, rendered on July 9, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Fein, Lupiano and Ross, JJ.